```
FILED
CLERK, U.S. DISTRICT COURT
04/02/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____IV_____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
4/2/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JB_____ DEPUTY
```

1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   AMANDA B. ELBOGEN (Cal. Bar No. 332505)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-4491/5748
7       E-mail: David.Ryan@usdoj.gov
                Amanda.Elbogen@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-MJ- 01947-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| JOSE HENRY AYALA CASIMIRO, aka "Henry Ayala," aka "ayalahenry818" aka "Cocohennn," aka "CocohennnnXdddd," | |
| Defendant. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the complaint and any related documents in the above-titled case (except the arrest warrants), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.

   April 2, 2025                        *Patricia Donahue* (signature)
   _____              _____
   DATE                                 HONORABLE PATRICIA DONAHUE
                                        UNITED STATES MAGISTRATE JUDGE

1

1 | **OR IN CASE OF DENIAL:**
2 |     The government's application for sealed filing is DENIED.  The
3 | sealing application will be filed under seal.  The underlying
4 | document(s) shall be returned to the government, without filing of
5 | the documents or reflection of the name or nature of the documents on
6 | the clerk's public docket.

DATE

HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE