Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

FILED
2025 APR -3 AM 10:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

V.

Jose Henry Ayala Casimiro AKA "Henry Ayala" AKA "Cocohenn" AKA "CocohennnnXdddd" AKA "ayalahenry818"

USMS# _____ DEFENDANT

CASE NUMBER: 2:25-MJ-01947-DUTY

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 04/03/25 at 6:00 ☑ AM ☐ PM
   or
   The defendant was arrested in the United States District of California Central on 04/03/25 at 6:00 ☑ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☐ No

4. Charges under which defendant has been booked:
   Title 18, United States Code, Section 2252A(a)(5)(B) Possession of Child Pornography

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☑ No  ☐ Yes  Language: _____

7. Year of Birth: 1997

8. Defendant has retained counsel:  ☐ No
   ☑ Yes  Name: Garret Weinrieb    Phone Number: 818-888-2711

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Carolyn Thompson (please print)

12. Office Phone Number: 626-919-3434

13. Agency: FBI

14. Signature: [signature]

15. Date: 04/03/2025

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION